JUDGE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> TAMARA KING, <br><br> Defendant. | No. CR23-159-RSM <br><br> ORDER GRANTING UNOPPOSED MOTION TO MODIFY CONDITIONS OF BOND |

THE COURT has considered Tamara King's unopposed motion to modify bond conditions and the records in this case.

The motion is GRANTED. Ms. King may travel within the Western District of Washington, Northern District of Ohio, and the state of Michigan. All other conditions of bond remain in place.

DONE this 6th day of December 2023.

*[signature]*

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

Presented by:

s/ *Colleen P. Fitzharris*
Assistant Federal Public Defender
Attorney for Tamara King

ORDER TO MODIFY CONDITIONS OF BOND
(*U.S. v. King*, CR23-159-RSM) - 1

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington 98101**
**(206) 553-1100**