UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR23-159-RSM |
| Plaintiff, | |
| v. | ORDER GRANTING EXTENSION OF TIME TO FILE RULE 29 AND 33 MOTIONS |
| TAMARA KING, | |
| Defendant. | |

THE COURT has considered Tamara King's unopposed motion to extend the deadline to file a motion for a judgment of acquittal under Rule 29 and a motion for a new trial under Rule 33.

IT IS ORDERED that post-trial motions under Rules 29 and 33 are due by February 20, 2026, the government's responses are due by March 6, 2026, and replies are due by March 13, 2026.

Ms. King's sentencing hearing remains set for March 20, 2026.

DATED this 30th day of December 2025.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER FOR EXTENSION OF TIME TO FILE
RULE 29 AND 33 MOTIONS
(*United States v. King*, CR23-159-RSM) - 1