**From:** ▮▮▮▮▮▮▮
**Sent:** Monday, April 13, 2026 11:31 AM
**To:** Johnson, Pamela (USAWAW) 7
**Subject:** [EXTERNAL] ▮▮▮ Sentence Delay Letter

The Honorable Ricardo S. Martinez

United States Courthouse

700 Stewart Street, Suite 13134

Seattle, WA 98101-9906

April 13, 2026

RE: United States v. Tamara King/Request for delay in sentencing

Dear Judge Martinez,

My husband and I invested in Halcyon 17 years ago. We waited 10 years for money that never came.

We waited years for the investigations to be completed.

We agonized while waiting for the jury verdict to come in.

You would think we'd be good at delay and waiting by now – but, we're not because there is absolutely no peace for us until Tamara King is sentenced. It's not as if we wanted to hold onto the pain – it held onto us. There is no "getting over it" until we know it is finally over.

While it may seem like a small thing to wait for a few more months, that is not the case. All the delays are like a slow drip of torture. The jury has spoken. It's time for Tamara to face justice.

We are asking you to reject this delay request and give us peace.

Respectfully,

K▮▮ A▮▮ and P▮▮ G▮▮

**From:** [REDACTED]
**To:** Johnson, Pamela (USAWAW) 7
**Subject:** [EXTERNAL] Re: Case Number 2020R00284 and Court Docket Number 23-CR-00159 - D[REDACTED]
**Date:** Sunday, April 12, 2026 2:39:32 AM

"it's bad enough" - auto correct error (sorry)

On Apr 12, 2026 10:28 AM, D[REDACTED] D[REDACTED]  < [REDACTED] > wrote:

Hi Pam,

There is no reason to delay justice by kicking the can down the road regarding the sentencing date. It's bad enjoy that my (our) money was taken from us and used to fund a lavish lifestyle by Tamara and Paul. It's time to face the cold, hard reality that justice must be served and Tamara's new life as a criminal behind bars will be her new lifestyle.

Thanks,

D[REDACTED] D[REDACTED]

------------------------