# Exhibit 2

Dear Judge Martinez,

I cannot express enough the deep regret and deep sadness that I feel for the things that happened. I am so very sorry for my role in the great loss that the investors suffered. I did not know that I was being lied to and deceived. If at any point I realized that anything was wrong, I would have immediately done whatever I could to find out what was wrong and figure out how to fix it. I wish I knew then what I know now.

I have always been very shy and have struggled with self-esteem. I have repeatedly trusted men who have deceived me in different ways. I've believed that the people who I trusted in my life, were reliable, trustworthy, and honest with me even though I later realized they weren't. My first husband cheated on me; my second husband lied to me; and Paul Waln thoroughly deceived me on many levels. Both serious relationships since my marriage to Paul ended because they cheated on me.

I am doing my best to focus on the future and what I can do to help right the wrongs that happened. I have always tried to be a positive contributing member of the community, volunteering for different things, and helping people in different ways. Over the years I have volunteered at my kids' schools being Art Docent, Parent Lunch Monitor, helping with class parties and field trips, music and drama productions, and in many other ways that were needed. Over the past 5 years, I helped my now ex-boyfriend with his student athletes and teams, helping them create resumes, develop interview skills, took their team pictures, helped with fundraisers, team bonding events, managed a travel baseball team, and many other things that helped the student athletes individually and as a team. I am going to do my best in the future to find ways to give back to the community and people in need.

I very much regret meeting Paul DeLette Waln on June 6, 2012. I wish more than anything that I could go back in time and never have met that man. I will forever regret meeting him and everything that happened after.

I've read each of the victim impact statements and am so very sorry for the pain, loss and suffering that each one of them have experienced and continue to experience because of this. It breaks my heart to hear their stories and to know that I contributed to that loss and suffering. It is the biggest regret of my life that I was used by Paul to defraud investors and did not realize what was happening at the time. The broken trust and the negative effects it

**Ex. 2, Pg. 1**

has had on their relationships is heartbreaking. All of the hard work that they spent to save their money for it to be gone... money that they needed for retirement and college educations. It truly breaks my heart that they have suffered and continue to suffer so much.

Most importantly, I am going to try my best to pay the investors back for their loss. I always wanted to repay the investors. I know now that I should never have been in a position to owe them. I know it's not enough to just pay them back in a financial sense. I know that the financial loss that each and every one of them suffered had major impacts in many aspects of their lives. I realize those are things that cannot be repaid, fixed, or undone. I realize that I cannot undo the hurt, stress, anxiety, loss, suffering, anger, or any of the other negative consequences they have and continue to experience because of what happened. Again, I am so very sorry for my role in that and will try my best to do what I can to pay them back.

For years now, I have tried to cut my expenses down to the smallest amount possible. I prefer to live on very little now and am more of a minimalist in many ways. I am going to try my best to get a good job that earns as much as possible given my experience and skillset, knowing that I will be limited with what is now on my record. I will budget as much as I can, preferably more than the required minimum, to pay the investors back each month. I would also like to find a way to help romance fraud victims like me, to try to help prevent future victims from being manipulated, taken advantage of, or unknowingly conned.

I am also very sorry for how those closest to me, namely my daughter Jazlyn and my ex-boyfriend Chris, have been negatively impacted by this. I know this has caused a lot of stress, worry, and loss for them. I wish they didn't have to go through all of this and am so very sorry that they have been affected by it. The stress of the investigation and trial very much strained my relationship with Chris and was related to the circumstances that ended my 6-year personal relationship with him. Since closing The Waln Team and having to file for bankruptcy, I have had to live modestly with Jazlyn. We were homeless as she was finishing high school and had to rely on friends and their parents for her to have a roof over her head. I regret that Jazlyn had to finish high school and start college worrying about my wellbeing and the outcome of this case. I am very thankful for their love and support throughout this entire situation. It means the world to me, and I am so grateful for it!

I have done a lot of reflection over the past several years because of everything that happened. I've been to counseling and have learned a lot about myself especially with my personal relationships. I've learned that I've been naïve and too trusting of other people in the past. To protect myself, those closest to me, and others, I am working on being more careful about who and how I trust. I also have been working on being comfortable in my own skin and being alone.

No matter how things play out with the rest of this legal process and how that will determine what I do and where I go from here, I am going to focus on contributing to my community in a positive way. In everything that I do, I will put forth my best effort and try to make things better than they were before. I will do my best to have a positive attitude and help others in any way I can.

Judge Martinez, I would again like to express my deepest regret and sadness for everything that happened in this situation and my role in it. I am so very sorry for the great loss and suffering that each investor has endured because of what happened. I acknowledge the jury found me guilty. I can understand why they did so based on the evidence presented to them even if I disagree. I can and will learn from this experience.

Sincerely,

*Tamara King*