# Exhibit 3

MR. WALN:  I think it was November '93.

MR. WILKINSON:  Okay.

MR. WALN:  But again, that's my best guess.  I worked, um, for a small team with the RE/MAX franchise for, as I recall, about six months, plus or minus.  And that was in Kent.  And, um, it didn't take me long to realize that houses sold for more in Bellevue than in Kent.  So I moved to Bellevue and went to work for RE/MAX Eastside Brokers.  Um, I started a sales team there, and within two or three years I was the top producing sales team leader in the state of Washington.  And --

MR. WILKINSON:  And how do you -- how was that calculated?  Or how did you know that you were the top?

MR. WALN:  'Cause they -- they tell you.

MR. WILKINSON:  Okay.

MR. WALN:  Um, uh, there are a number of ways that it's counted.  The ones that people in the industry respect are the amount of, uh, commissions that your team earns.

MR. WILKINSON:  Okay.  Okay.

MR. WALN:  So, you know, the bottom line that RE/MAX is very into competition, so.

MR. WILKINSON:  Mm-hmm.

MR. WALN:  They're also the top producing real estate brokerage in the world.  Have been since before I started and still are.

**Ex. 3, Pg. 1**

USA-00074506

think.  Um, I had pretty lofty goals of what I wanted to do at that age.  And, um, I had one -- I was the top producing sales team leader in the state of Washington for over a decade.  Uh, I hit number size number 11 in the country, and number 27 in the world.

In business school, I -- I went to a school where I got to be very friendly with the, um, administrators, the head of the business department, um, who actually helped start the CBOE, if you're familiar with what that, Chicago Boards Option Exchange.  Uh, that's where the derivatives in synthetics are traded.

MR. WILKINSON:  Mm-hmm.

MR. WALN:  Um, so I learned quite a lot about derivatives and synthetics and that kind of a situation. Um, I learned a lot about, um, syndications, um, commercial real estate and that kind of thing at Kennedy Associates. In fact, I had started working on my BOMA training.  If you're familiar with that, it's Building Owners and Managers Association.  It's, um, uh, this globally certified, uh, commercial real estate management standard, I guess.  So that when people buy large assets, they have -- they know that, for example, the -- the books are done a certain way.  The property man is done a certain way, the asset management's done a certain way so you can compare apples to apples.  Does that make sense?

**Ex. 3, Pg. 2**

USA-00074508

Um, can you give us a general sense of what your personal financial condition was like in 2009 when you were making this offering?

MR. WALN:  I can give you my best recollection, as long as nobody holds it against me without looking at all of the numbers.  Okay.

Um, I need to start at 2007 because that's when things started to turn to biscuits.  Um, I believe it was July of 2007, I had earned personal commissions from the real estate company of about 1,000,007 and change.  Uh, the insurance company was making something around the neighborhood of 600-plus thousand a year.  Um, obviously property management's not terribly profitable, but is was making something.  There were other businesses.

The thing is, I owned probably eight-plus million dollars worth of real estate, had a pension fund, a large cash value of insurance policy, collectibles, 11 cars, boat, an airplane, hangers in three states.  Um, I was doing pretty well.

MR. WILKINSON:  Uh, you said 11 cars?

MR. WALN:  Yeah.  Between business and personal. Yeah, but I mean, this was all before this started.

MR. WILKINSON:  Sure.

MR. WALN:  Um, this was trying to figure out how to keep my investors making money and live through the 2008

**Ex. 3, Pg. 3**

USA-00074527

situation without doing short sales as a specialty.  So what I'm trying to get at is, would I -- was what most people would refer to as relatively wealthy, uh, going into it.  Where I was at date X, I -- I don't -- I don't have a spreadsheet to say that, but I was not destitute by any stretch of the imagination.

The challenge is -- is that when we went through, this -- I think this is important to note, I went through all this with the IRS before for -- for many years.  But my bookkeeper, Shelly (phonetic), worked with me for nine or 11 -- nine or 13 years, I can't recall.  Um, but she was full-time during that time.

And I brought her into my office, and I told her the one thing that you absolutely cannot do is do not mess with the K-1 taxes.  The IRS will not put up with not paying your K-1 taxes.  And I think anybody that works for the IRS would agree with that.  Uh, my understanding was the K-1 taxes were being paid, everything is hunky dory.

Um, she came into my office crying and I asked her what was wrong.  She said, the IRS is in the conference room.  And I said, why would the IRS have you in the conference room?  I'm completely current on everything.  And she said, I have not been paying the K-1 taxes.  I said, well, how come you haven't been paying the K-1 taxes?

MR. WILKINSON:  What year is this approximately?

**Ex. 3, Pg. 4**

USA-00074528

MR. WALN:  Soon before I started this.  Within a year or two, I think.

MR. WILKINSON:  Maybe 2008-ish, sounds like?

MR. WALN:  Maybe late 2000 -- mid to late 2008.

MR. WILKINSON:  Okay.

MR. WALN:  Something like that, plus or minus.

MR. WILKINSON:  And these are your personal taxes?

MR. WALN:  They were taxes for all the entities.

MR. WILKINSON:  Okay.

MR. WALN:  K-1 taxes are the employer's portion of the withholding for the individual.

MR. WILKINSON:  I see.  Sorry.  So she hadn't been paying over the taxes?

MR. WALN:  Apparently.  Now you see, the thing is, is that Shelly worked for me full time.  She had a bookkeeper that reviewed the books every quarter.  And then you had a CPA on retainer that reviewed everything every year and filed all of the, the tax returns.  I had spent a significant amount of money on compliance.  I always focused on trying to do everything above board.  As far as I -- as I've said before, everything that I've done in my career has been through the filter of being legal, moral, ethical, mathematically possible, and doesn't embarrass my mother.  I mean, that's -- that's it.

So the thing that happened that caused me to start

**Ex. 3, Pg. 5**

USA-00074529

doing this is that by the time I found out that Shelly was not paying the K-1 taxes, the IRS had made a decision to cross collateralize all my assets.  I had enough money to pay everybody, IRS, debtors, everybody.  I even went so far as selling two of my personal properties and the IRS would not allow me to close on them unless I closed on everything at the same day.

MR. WILKINSON:  How much was your debt to the IRS?

MR. WALN:  I don't remember.  About a million dollars, as I recall.

MR. WILKINSON:  Okay.

MR. WALN:  I was current until 2008.  And then in 2008, quit making money and then, um, started downsizing.

MR. WILKINSON:  Okay.

MR. WALN:  So the challenges -- I've told you all about my filter.  So I disclosed every single thing that I had.  I didn't -- I -- I've never been dishonest with the government, the IRS, anybody.  I had assets there was no way anybody could find they had, you know, stacks of gold and stuff.  Nobody had no way of any way of tracing.  But I went and sold them and gave them to the IRS.

Um, did everything humanly possible that I knew of under my power to play within the lines and do everything right and aboveboard.

So to answer your question, I was not destitute when I

**Ex. 3, Pg. 6**

USA-00074530

MR. WALN:  I don't know exactly.  There were, um, the whole goal of what I was doing before 2008 was to build up a company that I would sell and have a $40 million payday.  That's -- that's why I was growing into the other cities.

My CPA -- it would take me a minute to remember his name, but I worked with him for years, and he told me that the only way you're going to be able to sell your company is if you get a commercial credit line and make it look like a traditional business.  I had a quarter million dollar credit line, which I used and at his recommendation.  So we paid bills on it every month, then paid it off every month.  And I was developing as large a credit line as we could for the company -- see that this was for the company, not me personally, if that makes sense.  Right.  So trying to build this to be able to sell the company.

And when I did that, I looked at that and had a -- an annual review with the potential of a call option at the end of each year.  And I remember this specifically because I asked him, he said, what's this call option?  If I borrow money and I'm current on the loan, they can call it.  He said, oh, don't worry about that.  That's -- that's normal.  Every commercial credit line has that.  I've been in CPA for over 30 years.  I've never seen anybody call a credit line that's not in default.

And, um, in 2008, there were three bankers sitting in

**Ex. 3, Pg. 7**

USA-00074532

my conference room and they said they were going to call the credit line.  And I was completely current on it, but when I quit making money, I couldn't pay it off.  I was paying the credit line with income every month.  So between the credit line getting called and the IRS cross collateralizing my assets, it put me in an illiquid situation.  Um, I still had a significant net worth, but I I -- I couldn't -- it was illiquid.  Is that answering your question?

MR. WILKINSON:  I think so.

MR. WALN:  I had assumed that if I sold off the assets, the IRS would at least say thank you and well, we'll take the money, you know, but I don't -- I still to this day have no idea why they wouldn't let me sell assets to pay them.

MR. WILKINSON:  Did your, um, financial situation improve between that period, 2009, and when you met Tamara King in about 2013?  Can you describe --

MR. WALN:  Tamara and I got married in 2013.  I met Tamara probably a little over a year before that, so.

MR. WILKINSON:  Okay.  So well describe how your financial condition changed over that period, if it did.

MR. WALN:  Well, there was another event.  I got divorced in 2009, I think.  Think it was 2009.  Yeah, this is a tad bit embarrassing, but my first wife had an affair.

**Ex. 3, Pg. 8**

USA-00074533

about that.

MR. WILKINSON:  Okay.  Um, and the memo talks about an additional finance -- refinancing fee to be paid to HTI. Is that right?

MR. WALN:  That was when we did the credit partner package.  Yeah.  So this was when we put together the credit partner package.  Um, the 1 percent fee is, um, is relatively standard in the -- in the industry.  That's not a -- the fee part, I -- I don't see any -- any issue with.

The -- the question that Tamara and I had about this is when I first took over as CEO, I always wrote down memos to jog my memory.  And I thought she wanted me to write these for her and have her sign them.

MR. WILKINSON:  Mm-hmm.

MR. WALN:  And she said, no, I want you to write them. So from then on I wrote them and never put her name on another one.  You notice it's not signed.

MR. WILKINSON:  Right.  So did you write this one?

MR. WALN:  Mm-hmm.

MR. WILKINSON:  Okay.

MR. WALN:  And then she asked me -- I thought she wanted me to write them as her employee for her, and she signed 'em and put 'em in the records.  She said no, she wanted me to write 'em and sign 'em myself.

MR. WILKINSON:  Okay.

**Ex. 3, Pg. 9**

USA-00074562

dollars, or let's say millions of dollars, whatever, to build a property. And then you get the payment back at the term or when they pay it off, when they sell it, right. That's very relationship oriented.

So Reagan tells me, bonus Tamara 500 grand. That will give her everything she needs to do the custom project in Bellevue. And that will kickstart the relationship with the lenders. And if it doesn't, Sandra and I will personally guarantee it. That makes sense based on what I know about commercial lending, which I know more about conforming than commercial, but Reagan had had told me, and he looked me straight in the eye and told me that he and his wife would -- would personally guarantee if it didn't work.

So I suggested that to Tamara. Tamara still had to make the decision to do it. I didn't have the authority to do it, but she did it. And she and Reagan went out to -- went and found a property. Um, it all made sense and for some reason she got turned down for the money. I don't -- I don't know why, as these are things that I've not seen happen before.

So I told Tamara that I was not comfortable with her taking a half million dollar bonus, but I did talk in depth with Equinox about this. And Equinox said, there is no reason on earth you manager can't take whatever bonus they

had options on them that we didn't outright own.  The, um -- those are the two that we recall -- I recall selling, but to -- to -- to get down to it, what -- what happened is that I was very concerned about trying to protect the investors.  And so something was going on.  I didn't know what it was, but Tamara went with, uh, Equinox Business Law Group on her own.  She didn't involve me in this.  And for some reason she signed a global release with Reagan and paid him $75,000.  That's -- that's all that I know about that.  The, um -- that required us to -- we'd already lost one builder.  Now we lost the second builder.  And the -- the -- the person that was -- had -- had told me straight to my face, he and his wife would personally guarantee the loans.

So at this point, something's going on.  I don't know what it is.  Um, I've got some guesses as to what's going on, but there's something going on between Tamara and Reagan and I don't know -- I don't know what it is.  But, um, the issue being that Reagan as the builder and the loan guarantor basically tanked things.  So what I told Tamara is I said, the only way that I can think of for you to work your way out of this and make the money back for the investors, and I do believe this will work, 'cause as I said, I've sold over 500 small apartment buildings.  We go back to conforming bonding, which is easier to get, start

**Ex. 3, Pg. 11**

USA-00074608