# Exhibit 7

**From:** Paul Waln
**To:** Tamara King
**Cc:** Paul Waln
**Subject:** RE: Hello :-) (Hi Baby :-)
**Date:** Monday, September 17, 2012 2:01:21 PM
**Attachments:** image001.png

**Hi Sweet girl. I've got a few minutes so I thought I'd respond to your thoughts as you said you didn't want to wait until Wednesday (and neither do I). I'll respond in your text as I think that will be easiest. I'll use this font.**



**Paul Waln**, CEO

425-558-9266
425-450-2600 fax
paulw@htiwealth.com
www.htiwealth.com

**HTI Wealth, Inc. is a group of affiliated companies providing comprehensive investment services and education:**

■ *Real Estate* Windermere Real Estate / Bellevue Commons, Inc.
■ *Insurance, Annuities and Fixed Income Strategies* Strategic Equity Management Associates
■ *Joint Ventures in Apartment Buildings*
■ *Mortgage Portfolio Strategies* in Association with Cobalt Mortgage
■ *Management Services* Home Team Property Management & Turnkey Construction Management
■ *Education (Public / Corporate)* Strategic Seminars

1200 112th Ave NE
Suite B-100
Bellevue, WA 98004

**From:** Tamara King ▮▮▮▮▮▮▮▮▮▮▮▮▮
**Sent:** Monday, September 17, 2012 10:14 AM
**To:** Paul Waln
**Subject:** Hello :-)

Hey Sweetie,
I wanted to tell you about a few things and didn't want to wait until I see you on Wed (and it would take waaayyyyy too long to text), so I thought I'd send you an email. I'm getting ready to go into my 1.5 hr Monday morning meeting so I have a few min to send this to you :-)

So I'm glad I got to bed right when I got home last night... I think I slept well but was really tired when Jaz came in around 5:30-5:45ish. Laid there til Trinity came in around 5:50ish... turned off my 6am alarm and laid there til 6:11am (receiving updates on the time from Trinity every 1-2 min so I wouldn't fall back to sleep :-)) We all got ready and got to violin class and reg school on time, so that's good! **:-) First, I'm really happy Trinity is so excited about her violin lessons! That sounds really fun for her. ☺ It sounds like the new schedule, especially the before school program is the culprit for why you are so tired. Is there anything else bothering you or do you think getting on a regular schedule will resolve this? One note that may or may not help. When the kids were younger they went through a time when they got up earlier than scheduled. I simply made a rule that they had to stay in bed until the scheduled time and put a clock by their bed. They were allowed to read quietly but not get out of bed unless it was an emergency (bad dream or legitimately scared about something). I don't know if that's helpful or not just something that worked for me a long time ago. ☺**

When I was driving to the house last night thinking about what we were talking about, I realized that (without traffic) it would take us only about 10-15 min longer to drive the girls to school from your place vs from the house in the morning... 35-40 min vs 20-25 min. If we can just leave a little earlier, I think

**Ex. 7 , Pg. 1**

we can do it and they can hopefully just get used to the slightly longer drive in the morning 2-3 times a week.  That's not too bad since it's only 2-3 times per week.  I was thinking since John is planning to move to Woodinville to move in with Jen, Trinity has been going to Einstein Elem since 1st grade, Jazlyn has been familiar with Einstein since Trinity has been going there so she's comfortable with it and they just started the school year there, it makes the most sense to just keep them there until they transfer over to BCS.  It will be a little more driving for me, but I would rather sacrifice and make some minor adjustments to keep them there for now. It wouldn't work for them to go to school in W Seattle with John living in Woodinville anyway.  **I see your point here.  I'm willing to be flexible and support whatever is best for everybody.   Maybe you should test it at earlier times?  I don't know what the traffic is like that early as I don't go in until later.  I don't think we can assume that there won't be bad traffic days though.  Maybe a plan to be there early and have breakfast near school would help so if you are  late you aren't late for violin or school?  My other concern is counting on John.  If he does end up getting a job in Seattle or breaking up with Jen that may change things.  The only thing I can see to do personally is support your decision here and I've been praying for John to get a job. ☺ I agree that we should provide as much stability as possible for all the kids.  I guess it's a matter of whether the extended drive would be harder than changing schools.  I think that's something you can evaluate as we go.  We don't have to make hard decisions all up front.  The only thing I know is that I love you and want to be with you.  If it's easier to drive the girls to Redmond then I'll support that.  If it turns out that they would be better off going to school in West Seattle for a while I'll support that.  I'll be supportive and help in making a decision that is best for everybody.  I'm not wanting to be selfish but I don't want to be apart. ☺ Again, my only goal is for us to be together.  The only thing holding me back from moving to a bigger home on the east side is getting finances stable and secure as we've talked about many times.**

I talked to John on the way to work this morning after dropping off Jazlyn to talk to him about it.  It sounds like he's difinitely moving in with Jen, things are going well with them, and they're making plans for the future, so I'm hopeful they can create a stable home for the girls there.  I was happy to hear that he's going to keep our cat, Monte.  The girls have been very upset about the thought of having to get rid of him so I'm really glad that he and Jen are going to keep Monte at her house inside with the little dogs since the bigger dogs stay outside anyway.  I let him know that it's not definite yet, but I'm probably going to try to find someone to take over my lease and move the rest of my things out of the house.  I told him I'll continue to move things over to your place or storage and get rid of a lot of the furniture I have. I told him that he has first choice, DeeDee second if she wants to buy it and then I'll CragisList what's left.  **I'm glad John is keeping the cat I realize that is important to you and the girls so I'm happy for you.  In the end I really think it would be easier to live together in W Sea than be split between the two.  That is really your call as we're discussing you moving in with me not the other way around so I'm sensitive to that.  Again, I just want to be together.  I believe we can find ways to be comfortable with what we have if we want to and I know I really want to.   The only variable is how long it will take me to get my finances strong again.  I will commit to doing my very best as I always do but as you know I can't guarantee how long that will take.  If we do move in I feel we need to treat it as permanent as marriage as we are dealing with 5 people not just the two of us and I am SO COMPLETELY IN LOVE WITH YOU! ☺ Let's discuss this aspect more on Wednesday.  I know I've always been warned that moving in together is statistically bad for a marriage but I believe it could be the best move for us.  Let's have an honest discussion about the pros and cons.  Again, I just want to be together but I want to be together FOREVER.**

I was wondering, though, is there any furniture that we could use in one of those apartments you're converting to an executive/weekly rental?  John isn't taking the dining set, he's going to have a king-size bed if you want it (he's taking my queen bed to use for the girls), I'm going to get rid of their bunkbeds, he has 2 twin beds that he's planning to store that maybe you could use, we have your tv that we just moved over there, I have my dishes and some other kitchen basics, pictures and other things?  Let me know if you think you'll want to use anything for it.  Also, my parents have asked a couple times if they'll be able to stay there or if they'll need to get a hotel.  I wasn't sure of the timing for when it would be ready, so thought I would ask to see if you think they'll be able to use it by the time they come up?  **Sheryl has been discussing just doing regular rentals as she is getting the units complete for less than she anticipated.  She may do one unit as a vacation rental.  I just sent her a text and I'll discuss this with her tomorrow as we have a scheduled work meeting.  Right now there is one unit ready to lease.  I'll ask if she wants to do the short term rental or just a regular rental.  If she decides to go short term it could be ready to go right away.**

I'm really excited about how our place is coming together... it's been really nice using some of my kitchen things this past week, I really like that :-)  I LOVE how our room looks and really missed not being there

**Ex. 7 , Pg. 2**

with you last night and this morning!  I love you sweetie and hope you have a wonderful day and a positive productive week this week!!!  I'm so excited for what you're working on at work and can't wait for the day when you can breathe a sigh of relief when you know excatly how things will work out (and they will all work out beautifully)!!!  I love you baby!!  ttys... XXOXXOXXOOXXXXXXX  **I am really excited about our place as well.  It's really comfortable and feels very homey and even high quality with the view and our combined things.  I believe the organization and storage options help a lot as well.  I'm so glad you are enjoying using some of your things and feeling at home.  I want you to feel at home.  For me home is where we are together now!  Our room is amazing.  I love how clean, classy and sexy it is.  I believe it is appropriate to be a bit overtly sexy in our bedroom (I mean where else if not there!).  I'd much rather the kids see us being affectionate than any other way.  Our relationship is a passionate partnership and I want them to see that in appropriate and healthy ways.  It's ok for them to know that our room is our private, sexy place in my opinion.  (I would feel better being officially engaged though).  I hate not being together.  I derive a huge sense of comfort and stability just having you with me.  I want you to be comfortable and happy.  This apartment is all I have right now. If you and the girls can be happy here I definitely want you here.  I'll do my VERY BEST to get us a beautiful home with more space as soon as I can but this apartment feels like the where we are supposed to be right now.  I don't know for how long but I want to enjoy whatever time we have there and not move until we are sure we can be stable so we reduce the moves for the kids (and ourselves) as much as possible.  I REALLY appreciate your support and belief in me at work.  I KNOW I'll get this new program up and running.  I freely admit I'm a little stressed about how long it is taking and the roadblocks but I am COMPLETELY COMMITTED to finding a way.  The fact that I can't say for sure how long it will take bothers me but I believe you know the facts and that I have been as open as possible.  I believe that you want to be with me as much as I want to be with you.  I think we just need to have an open discussion about moving in together (for real) before getting married.  It feels like the right decision to me but I realize that with the girls in school in Redmond there is more of an impact on you than me.  I also believe you will be happier together in W Seattle than in a shared place with Dee Dee.  Please know that I love you  with all my heart.  I want only to be together FOREVER with you and for us all to be happy.  I look forward to working out a viable plan together.**

**I love you my dream girl.**

Tamara

**Ex. 7 , Pg. 3**