# Exhibit 11

| | |
|---|---|
| **From:** | Tamara Waln |
| **To:** | Barb Witkow |
| **Subject:** | More |
| **Date:** | Thursday, September 24, 2015 6:30:19 PM |
| **Attachments:** | IMG_0167.PNG |
| | ATT00001.txt |

I won't bother you anymore til I see you next week. I'm going now to pick up my drunk broken husband to have sex with him when I don't want to. What's the definition of rape? Meanwhile I have to leave our kids at home alone because the nanny is at school until 8pm.  I'm going to manage Paul as I have been and put myself aside for a few months until I can come up for air again and see where we're at.

**Ex. 11, Pg. 1**