# Supplemental Exhibit 33

| | |
|---|---|
| **From :** | Paul Waln |
| **To :** | Kirstyn Palmisano <kirstyn@vfreitaslaw.com> <kirstyn@vfreitaslaw.com>; Stevie Craig <stevie@vfreitaslaw.com> <stevie@vfreitaslaw.com> |
| **Subject :** | Re: Waln- Response to Contempt re Maintenance |
| **Cc :** | Amy Pasco <amy@vfreitaslaw.com> <amy@vfreitaslaw.com>; Veronica Freitas <veronica@vfreitaslaw.com> <veronica@vfreitaslaw.com>; Valerie Shmigol <valerie@vfreitaslaw.com> <valerie@vfreitaslaw.com>; Tamara Waln <███████████████> <███████████> |
| **Received On :** | 7/6/2018 12:02 PM |

Halcyon is a section D private placement. It is a Washington State LLC made up of 27 individual investors plus Tamara's company. Tamara's company is the Manager of the LLC which is why she was able to approve the loan. Tamara's company only owns 2.6% of the LLC so has no ability to waive my personal repayment of the loan.

Sheryl was never involved in Halcyon, nor has she ever had any ownership interest in it.

This is an arm's length transaction and I am committed to repaying this Promissory Note in 19 months.

Best,



**Paul Waln**
cell: 206.406.1126
paulwaln@hotmail.com

---

**From:** Kirstyn Palmisano
**Date:** Friday, July 6, 2018 at 11:45 AM
**To:** Paul Waln , Stevie Craig
**Cc:** Veronica Freitas , Veronica Freitas , Valerie Shmigol , Tamara Waln
**Subject:** RE: Waln- Response to Contempt re Maintenance

Who owns Halcyon Apartments?

It is up to opposing to cancel the hearing. At this point, it is still happening.

**Kirstyn Palmisano**
**Attorney**
**V. Freitas Law, PLLC**
**544 29th Avenue**
**Seattle, WA 98122**
**Phone: (206)328-7362**
**Fax: (206)323-0404**
mailto:kirstyn@vfreitaslaw.com
www.vfreitaslaw.com

**From:** Paul Waln [mailto:paulwaln@hotmail.com]
**Sent:** Friday, July 6, 2018 11:43 AM
**To:** Stevie Craig ; Kirstyn Palmisano
**Cc:** Amy Pasco ; Veronica Freitas ; Valerie Shmigol ; Tamara Waln ; Paul Waln
**Subject:** Re: Waln- Response to Contempt re Maintenance
**Importance:** High

Hello Kirstyn & Stevie,
I've attached a copy of the note that I executed to borrow the money to pay off Sheryl.  Kirstyn suggested that maybe you should "file this under seal".

Please note that I have no ownership in Halcyon (the people I borrowed the money from).  Taking this loan has put me in a financial hardship and I have complied with the terms judge ordered.

I'm assuming that filing this along with the other two documents may allow us to cancel the hearing on Thursday.  Is that correct?

Best,



**Paul Waln**
cell: 206.406.1126
paulwaln@hotmail.com

---

**From:** Stevie Craig <stevie@vfreitaslaw.com>
**Date:** Friday, July 6, 2018 at 10:48 AM
**To:** Paul Waln <paulwaln@hotmail.com>
**Cc:** Veronica Freitas <amy@vfreitaslaw.com>, Veronica Freitas <veronica@vfreitaslaw.com>, Kirstyn Palmisano <kirstyn@vfreitaslaw.com>, Valerie Shmigol <valerie@vfreitaslaw.com>
**Subject:** Waln- Response to Contempt re Maintenance

Hi Paul,

Please see the attached, and let us know if you have any questions.

Thank you,

## *Stevie Craig*

Paralegal
**V**. Freitas Law, PLLC
544 29th Avenue
Seattle, WA 98122
Phone: (206)328-7362
Fax: (206)323-0404
Stevie@vfreitaslaw.com
www.vfreitaslaw.com

This e-mail and any files transmitted with it are intended only for the person or entity to which it is addressed and may contain confidential material and/or material protected by law. Any retransmission, dissemination or use of this information may be a violation of that law. If you received this e-mail in error, please contact the sender and delete the e-mail and its attachments from all computers.